1  Lee Paul Mankin IV, Bar No. 264038
   LAW OFFICES OF L. PAUL MANKIN
2  IV, P.C.
   8730 Wilshire Blvd., Suite 310
3  Beverly Hills, CA 90211
   (800) 219-3577/FAX (866) 633-0228
4  lawofficepaulmankin@gmail.com

5  Attorneys for Plaintiff
   CLAIRE ASHOOK
6

7  Issa K. Moe, Bar No. 254998
   MOSS & BARNETT, P.A.
   4800 Wells Fargo Center
8  90 South Seventh Street
   Minneapolis, Minnesota 55402
9  (612) 877-5399/FAX (612) 877-5016
   Moel@moss-barnett.com
10

11 Christopher D. Holt, Bar No. 228399
   KLINEDINST PC
   5 Hutton Centre Drive, Suite 1000
12 Santa Ana, California 92707
   (714) 542-1800/FAX (714) 542-3592
13 cholt@klinedinstlaw.com

14 Attorneys for Defendant
   FINANCIAL RECOVERY SERVICES,
15 INC.

16
                    UNITED STATES DISTRICT COURT
17
                   CENTRAL DISTRICT OF CALIFORNIA
18

19 | CLAIRE ASHOOK,              | Case No.: 2:12-cv-08714-ODW-MAN |
20 |        Plaintiff,            |                                 |
21 |   v.                         | STIPULATION OF DISMISSAL        |
22 | FINANCIAL RECOVERY           |                                 |
23 | SERVICES, INC.,              |                                 |
24 |        Defendant.            |                                 |

25

26    Plaintiff Claire Ashook and defendant Financial Recovery Services, Inc.
27 ("FRS"), through their respective attorneys, hereby stipulate that the above-entitled
28

- 1 -

1  action is dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and
2  that each party shall bear her or its own fees and costs. The Court may enter an
3  order of dismissal with prejudice in the above-entitled action pursuant hereto.

LAW OFFICES OF L. PAUL MANKIN IV, P.C.

Dated: November 2, 2012     By: _____
                                LEE PAUL MANKIN IV
                                Attorneys for Plaintiff
                                CLAIRE ASHOOK

MOSS & BARNETT, P.A.

Dated: November 8, 2012     By: _____
                                ISSA K. MOE
                                Attorneys for Defendant
                                FINANCIAL RECOVERY
                                SERVICES, INC.

- 2 -